IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






AP-75,363
 





MAX ALEXANDER SOFFAR, Appellant



v.
 


THE STATE OF TEXAS





ON DIRECT APPEAL


FROM CAUSE NO. 319724 IN THE 232ND DISTRICT COURT

HARRIS COUNTY





 

 Keasler, J., filed a concurring opinion in which Hervey, J., joined. 


CONCURRING OPINION I join the Court's opinion with the exception of point of error twenty-seven.
Consistent with my dissenting opinion to the Court's decision to improvidently grant
rehearing in Thompson v. State, I would hold that there was no error under Maine v.
Moulton. (1) I further urge the majority of the Court to reconsider its understanding of this case
and other Supreme Court precedent. 

 

DATE DELIVERED: November 18, 2009

DO NOT PUBLISH 
1. 93 S.W.3d 269, 276 (Tex. Crim. App. 2003) (Keasler, J., dissenting on reh'g); see
also Soffar, 368 F.3d at 487 (Garza J., dissenting) ("As Soffar made no incriminating
statements regarding his murder charge during the interrogation [by Bockel], Moulton, by
its own terms, is inapplicable).